United States District Court
Southern District of Texas
ENTERED
MAR 2 2 2010
David J. Bradley, Clerk of Court

United States District Court
Southern District of Texas
FILED
MAR 2 2 2010
Clerk of Court

# In The United States District Court For The Southern District of Texas
## - Brownsville Division -

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § | CRIMINAL NO. B-09-1519 |
| OSMIN RUIZ-RUIZ | § § | |

### ORDER

BE IT REMEMBERED on this _22_ day of _March_, 20_10_, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed December 22, 2009, wherein the defendant Osmin Ruiz-Ruiz waived appearance before this Court and appeared before the United States Magistrate Judge Ronald G. Morgan for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Osmin Ruiz-Ruiz to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge is hereby adopted. The Court finds the defendant Osmin Ruiz-Ruiz guilty of the offense of alien unlawfully being present in the United States after having been deported, in violation of 8 U.S.C. 1326(a).

SIGNED this the _22_ day of _March_, 20_10_.

_____
Hilda G. Tagle
United States District Judge